## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

BRAIN NGUH NABI

VERSUS

BRIAN ACUNA, ET AL

CIVIL DOCKET NO. 3:26-CV-00069
SEC. P

JUDGE DAVID C. JOSEPH

MAGISTRATE JUDGE CAROL B.
WHITEHURST

### JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge [Doc. 9], after an independent review of the record, noting the absence of any objections, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the PETITION FOR WRIT OF HABEAS CORPUS [Doc. 1] is GRANTED. Petitioner Brain Nguh Nabi ("Petitioner") shall be RELEASED from detention as soon as practicable, not to exceed five (5) business days from today. The Government shall take all necessary measures to stay apprised of Petitioner's location after his release.

IT IS FURTHER ORDERED that the parties file a Notice of Compliance with this Court within 24 hours of Petitioner's release.

IT IS FURTHER ORDERED that the Government is authorized to take Petitioner into custody again to effectuate his removal once a third country has been identified that will accept him.

IT IS FURTHER ORDERED that the Clerk of Court is instructed to mail a copy of this Judgment to Petitioner at Jackson Parish Correctional Center, where Petitioner is detained.

THUS, DONE AND SIGNED in chambers on this 9th day of April 2026.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE